UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 2:24-CR-00069-DCLC-CRW |
| v. | ) ) | |
| JAIME CASTELLANOS CUEVAS, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Magistrate Judge Cynthia R. Wyrick filed a report and recommendation ("R&R") [Doc. 25] recommending that the Court: (1) accept Defendant's guilty plea to the Information; (2) adjudicate Defendant guilty of the charge contained in the Information, i.e., false use of a Social Security number in violation of 42 U.S.C. § 408(a)(7); (3) defer the decision of whether to accept the plea agreement until the Presentence Report has been prepared; and (4) release Defendant pending sentencing on the conditions previously imposed [Doc. 6] as modified [Doc. 24]. Neither party filed objections to the R&R, and after reviewing the record, the Court agrees with the magistrate judge's R&R. Accordingly, the R&R is **ACCEPTED** and **ADOPTED** pursuant to 28 U.S.C. § 636(b)(1) and it is hereby **ORDERED**:

(1)   Defendant's plea of guilty to the Information is **ACCEPTED**;

(2)   Defendant is hereby **ADJUDGED** guilty of the sole count contained in the Information, which charges him with false use of a Social Security number in violation of 42 U.S.C. § 408(a)(7); and

1

(3) Defendant **SHALL REMAIN** released, subject to the conditions imposed on July 23, 2024 [Doc. 6], as modified on August 16, 2024 [Doc. 24] until sentencing in this matter, which is set for **December 12, 2024, at 1:30 p.m.**;

    **SO ORDERED:**

s/ Clifton L. Corker  
United States District Judge

2

Case 2:24-cr-00069-DCLC-CRW   Document 26   Filed 09/11/24   Page 2 of 2   PageID #: 50